# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LORRE L. LOWE AND RODNEY C.
LOWE, INDIVIDUALLY AND O/B/O
LORRE L. LOWE

VERSUS

LEON LOWE & SONS, INC., LEON
LOWE AND SONS PARTNERSHIP,
LOWE BROS., L.L.C., AND TOBY
J. LOWE

      CONSOLIDATED WITH

LORRE L. LOWE

VERSUS

TOBY J. LOWE

      CONSOLIDATED WITH

LORRE L. LOWE

VERSUS

TOBY J. LOWE, ET AL.

NO. 2026 CW 0430

**JUNE 15, 2026**

---

In Re:   Lorre Lowe, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201710915 c/w 202511340 c/w 202511342.

---

BEFORE: **WOLFE, HESTER, AND BALFOUR, JJ.**

    **WRIT DENIED.**

                **EW**
                **CHH**
                **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT